JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE HERNANDEZ,           )<br>                              )<br>         Plaintiff,           )<br>                              )<br>   vs.                        )<br>                              )<br> DIVERSIFIED COLLECTION       )<br> SERVICES, INC. AND DOES 1-   )<br> 10, inclusive,               )<br>                              )<br>         Defendant.           )<br>_____) | CASE NO. 10-cv-01713-JST (RZx)<br><br>ORDER OF DISMISSAL |

The Court has reviewed the Stipulation of Plaintiff JASMINE HERNANDEZ and Defendant DIVERSIFIED COLLECTION SERVICES, to dismiss with prejudice the above-entitled action, in its entirety. Good cause appearing, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

1

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

IT IS SO ORDERED:

DATED: February 8, 2011

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE